**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Francisco Javier Petro Sanchez,
Petitioner,
v.
Unknown Party, et al.,
Respondents.

No. CV-26-06309-PHX-DJH

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 3.) In the Response, Respondents state: "The United States does not oppose the petition and does not oppose Petitioner's release from custody. Pursuant to the Court's General Order 26-09, Doc. 3, ¶ 8, the United States has initiated the process of releasing Petitioner." (Doc. 5.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

(2) Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 11th day of September, 2026.

Honorable Diane J. Humetewa
United States District Judge